UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALICE KARAMOUZIS,

                Plaintiff,

-against-

TARGET CORPORATION and ALL JERSEY
JANITORIAL SERVICE NY, INC.,

                Defendant(s).
-------------------------------------------------------------------X

Civil Action

Case No.: 1:20-cv-05489

**ANSWER TO CROSS-CLAIM OF DEFENDANT, ALL JERSEY JANITORIAL SERVICE, NY, INC.**

Defendant, TARGET CORPORATION, by its attorneys, FISHMAN McINTYRE LEVINE SAMANSKY, P.C., by way of Answer to the Cross-Claim of Defendant, All Jersey Janitorial Service NY, Inc., against Target Corporation, says that:

1. As and for a response to paragraph 66 of the Answer to the Amended Verified Complaint with Cross-Claims of Co-Defendant All Jersey Janitorial Service, Inc., this defendant, Target Corporation denies each and every allegation contained therein.

**WHEREFORE**, TARGET CORPORATION, demands judgment dismissing said cross-claims, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
        April 20, 2021

Yours etc.,

_____
MITCHELL B. LEVINE
FISHMAN MCINTYRE LEVINE SAMANSKY P.C.
*Attorney for Defendant*
TARGET CORPORATION
Office & P.O. Address
521 Fifth Avenue, 17th Floor
New York, New York 10175
212-461-7190

1

## VERIFICATION

STATE OF NEW YORK    )
                                          )ss.:
COUNTY OF KNGS      )

      The undersigned, an attorney admitted to practice in the courts of the State of New York, state that I am a member of the firm of FISHMAN MCINTYRE P.C., the attorneys of record for the Defendant, TARGET CORPORATION, in the within action; I have read the foregoing Answer and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be upon information and belief, and as to those matters I believe them to be true. I make this verification because my client resides or maintains its principal place of business in a county other than the one in which my office is located.

      The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

      Office files, investigation, etc.

Dated:     New York, New York
            April 20, 2021

                                                  _____
                                                      MITCHELL B. LEVINE